IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.   Case No.  14-00207-01-CR-W-HFS

MARIO ALI HOLMES

AUSA: Bruce Rhoades
Defense Atty.: Carie Allen

| JUDGE: | **John T. Maughmer** <br> U. S. Magistrate Judge | DATE/TIME: | **August 7, 2014** <br> **11:00am – 11:15am** |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | None |

# Clerk's Minutes

## FIRST APPEARANCE INDICTMENT AND ARRAIGNMENT

( x ) Custody assumed     ( x ) Complaint No. 14-0122JTM     Place: Kansas City, MO

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

BAIL

( x )   Defendant remanded to the custody of the U.S. Marshal pursuant to a Detention Order entered on July 24, 2014 (Doc. 11).

COUNSEL

( x )   On July 17, 2014, defendant was sworn and examined as to his/her financial ability to employ counsel and information recorded on Affidavit of Financial Status. Assistant Federal Public Defender, Carie Allen was appointed

ARRAIGNMENT

( x )   Defendant charged in Count(s) One of a One Count indictment
( x )   Defendant waived reading of the indictment.
( x )   Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x )   Defendant entered a plea of not guilty to each count of the indictment applicable to

him/her.

ORDERS

( x ) Defendant ordered committed back to custody of U.S. Marshal.
( x ) Case ordered set for trial on the joint criminal jury trial docket which commences September 29, 2014.
( x ) Scheduling conference set for **Thursday, August 21, 2014, at 1:30 p.m.**
( x ) Defendant is currently scheduled to be transferred to a federal medical facility for the purpose of a mental competency evaluation.
( x ) The Court will grant the waiver of the personal appearance of the defendant at the Scheduling Conference on August 21, based upon the oral request of defendant's attorney.