IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-00207-01-CR-W-HFS |
| MARIO A. HOLMES | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the report and recommendation regarding defendant's competence to stand trial, and the expert evaluation dated August 15, 2014, I hereby ADOPT the report and recommendation (Doc. 25), and find that the defendant is currently suffering from a mental disease or defect that would prevent him from understanding the nature and consequences of the proceedings against him or assist in his defense. Accordingly, defendant is hereby committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for a reasonable time up to 120 days to determine whether there is a substantial probability that in the foreseeable future, the defendant will attain the capacity to permit the trial to proceed.

SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

December  9 , 2014

Kansas City, Missouri